IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RANDOLPH R. SANCHEZ,

        Plaintiff,

v.

CALIFORNIA STATE GOVERNOR, SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS,

        Defedants.

        /

No. CV-09-0938 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice, and leave to proceed IFP is hereby DENIED.

Dated: May 22, 2009

        Richard W. Wieking, Clerk

        *Tracy Lucero*

        By: Tracy Lucero
        Deputy Clerk